# United States District Court
## Violation Notice

CVB Location Code: **C581**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7818557 | SANGER | 625 |

7818557

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 9/15/2020 1700 | 18 USC 111 |

**Place of Offense:** 720 E SAN YSIDRO

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

ASSUALT (K9)

### DEFENDANT INFORMATION

Phone: ( )

**Last Name:** RANDOLPH   **First:** ERIC   **M.I.:** S

Street Address: [REDACTED]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 221 W BROADWAY, SAN DIEGO, CA 92101
**Date:** TBD
**Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 11/06/2020 16:27

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **SEPTEMBER 16**, 20 **20** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**

SEE ATTACHED

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **9/16/2020**   Officer's Signature: E. Sanger

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/06/2020 16:27